**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER DENYING MOTION FOR REHEARING EN BANC**

Appellate case name:     G. *Wesley Urquhart, G. Wesley Urquhart, P.C. and Mary Elizabeth Urquhart v. Richard Stephen Calkins, Individually and as Agent-in-Fact, for Mary Olive Calkins, and Michael Easton*

Appellate case number:   01-17-00256-CV

Trial court case number:   2011-21236

Date motion filed:       January 14, 2019

Trial court:             61st District Court of Harris County

It is ordered that the motion for rehearing en banc is **DENIED**.

Judge's signature: ____/s/ Peter Kelly_____
                ☐ Acting individually    ☒ Acting for the Court

Panel consists of Chief Justice Radack and Justices Keyes, Higley, Lloyd, Kelly, Goodman, Landau, Hightower.

Date: ___August 6, 2019___